UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM DWYER,<br><br>        Appellant,<br><br>        v.<br><br>R. TODD NEILSON,<br><br>        Appellee.<br><br>(Appeal from *Neilson v. Dwyer (In re Cedar Funding, Inc.)*, Bankr. N.D. Cal. (San Jose) Case No. 08-52709 CN, Adv. No. 09-05260 CN) | Case No. 5-11cv06302 RMW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS APPEAL**<br><br>Judge: Hon. Ronald M. Whyte |

    The parties having filed a Joint Motion to Dismiss Appeal on terms agreed to, such relief being authorized under Rule 42(b) of the Federal Rules of Appellate Procedure as made applicable by Local Rule 8007-1(d) of the Bankruptcy Court for the Northern District of California, and good cause appearing therefor,

    IT IS HEREBY ORDERED that:

    1.    The Judgment of the Bankruptcy Court in Adv. P. No. 09-05260 CN [Bankr. N.D. Cal. ECF No. 54] is VACATED;

    2.    This appeal is DISMISSED; and

    3.    The case is REMANDED to the Bankruptcy Court for further proceedings.

The parties are to bear their own costs.

Dated: _____Sept. 25, 2012_____      *Ronald M. Whyte*
                                                      _____
                                                      RONALD M. WHYTE
                                                      *United States District Judge*